IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLARENCE ANDERSON**     **PLAINTIFF**
**ADC #165441**

v.     **CASE NO. 3:19-CV-00303 BSM**

**PHILLIP STERLING and**
**AUSTIN MCFARLAND**     **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 7] is adopted, and this case is dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. section 1915(g). It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of January 2020.

_____
UNITED STATES DISTRICT JUDGE