IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLARENCE ANDERSON**  **PLAINTIFF**
**ADC #165441**

v. CASE NO. 3:19-CV-00303 BSM

**PHILLIP STERLING et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of January 2020.

_____
UNITED STATES DISTRICT JUDGE